■ WILLIAM J. ATCHINSON et al., Appellants, v COHOES BOWLING ARENA, INC., et al., Respondents.

 Mahoney, P. J., Main, Casey, Mikoll and Yesawich, Jr., JJ., concur.